RENEE CALLANTINE (SBN: 155991)
Cornerstone Law Group
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 230-8737
Facsimile: (415) 974-6433
rcallantine@cornerlaw.com

JS-6

Attorneys for Plaintiff
Olaf Guerrand-Hermes and Eva Guerrand-Hermes

JOYCE C. WANG (SBN: 121139)
LISA L. KIRK (SBN130272)
Carlson, Calladine & Peterson LLP
353 Sacramento Street, 16th floor
San Francisco, CA 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

Attorneys for Defendant
AIG Property Casualty Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olaf Guerrand-Hermes and Eva Guerrand-Hermes,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AIG Property Casualty Co. and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 2:19-CV-09240-MWF-AGR**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Complaint filed: August 6, 2019 |

1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  October 15, 2020     CORNERSTONE LAW GROUP


By:  /s/*Renee Callantine*
     Renee Callantine
     Attorneys for Plaintiffs Olaf Guerrand-Hermes
     and Eva Guerrand-Hermes


Dated:  October 15, 2020     CARLSON, CALLADINE & PETERSON LLP


By:  /s/*Joyce C. Wang*
     Joyce C. Wang
     Attorneys for Defendant
     AIG Property Casualty Company

## ORDER

The Stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED** this day 15th day of October, 2020.

_____
MICHAEL W. FITZGERALD
United States District Judge

3